United States District Court

Eastern District of California

Willie Bailey, III,

    Plaintiff,                    No. Civ. S 04-2067 GEB PAN P

  vs.                          Order

J. Wedell, et al.,

    Defendants.

-oOo-

April 29, 2005, plaintiff requested an extension of time to file an amended complaint and "serve" defendants. Good cause appearing, plaintiff's request is granted and time to file an amended complaint is extended until 30 days from the date this order is signed. The court will order service of defendants if plaintiff succeeds in pleading cognizable claims.

So ordered.

Dated: May 10, 2005.

                                    /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge