United States District Court

Eastern District of California

Willie Bailey, III,

    Plaintiff,   No. Civ. S 04-2067 GEB PAN P

  vs.   Order

J. Wedell, et al.,

    Defendants.

-oOo-

    Plaintiff is a state prisoner without counsel seeking to commence a civil rights action. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

    April 7, 2005, the court dismissed the complaint with leave to amend, as failing to state a cognizable claim. That order was in error and is vacated.

    The complaint states cognizable claim for relief against defendants Wedell, Turella, Penner, Latteri and Farr pursuant to

42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

Accordingly, the court hereby orders that:

1. The April 7, 2005, order is vacated and the complaint is reinstated.

2. Service is appropriate for defendants Wedell, Turella, Penner, Latteri and Farr.

3. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet and one copy of the September 30, 2004, pleading.

4. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and six copies of the September 30, 2004, pleading.

5. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants Wedell, Turella, Penner, Latteri and Farr pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated: June 16, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

```
 1
 2
 3
 4
 5
 6
 7
 8                    United States District Court
 9                   Eastern District of California
10
11
12  Willie Bailey, III,
13          Plaintiff,          No. Civ. S 04-2067 GEB PAN P
14      vs.                     Notice of Submission of Documents
15  J. Wedell, et al.,
16          Defendants.
17                              -oOo-
18      Plaintiff hereby submits the following documents in
19  compliance with the court's order filed _____:
20          ____ completed summons form
21          ____ completed forms USM-285
22          ____ copies of the _____
                                   Complaint
23
24  Dated: _____
25                              _____
                                Plaintiff
26
```