United States District Court

Eastern District of California

Willie Bailey, III,

      Plaintiff,                    No. Civ. S 04-2067 GEB PAN P

  vs.                              Order

J. Wedell, et al.,

      Defendants.

-oOo-

    Plaintiff is a state prisoner without counsel litigating a civil rights action.

    The action proceeds on the June 16, 2005, amended complaint against defendants Latteri, Turella, Penner, Howard and Abrahamawitz.  All prior pleading has been superseded.

    The amended complaint states cognizable claims for relief against all five named defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

\\\

1    Accordingly, the court hereby orders that:

2    1.  Service is appropriate for defendants Latteri, Turella, Penner, Howard and Abrahamawitz.

3    

4    2.  The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet and one copy of the June 16, 2005, pleading.

7    3.  Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and six copies of the June 16, 2005, pleading.

11   4.  Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants Latteri, Turella, Penner, Howard and Abrahamawitz pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

15   Dated:  December 27, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge

```
                  United States District Court
                  Eastern District of California
```

Willie Bailey, III,

        Plaintiff,         No. Civ. S 04-2067 GEB PAN P

   vs.                     Notice of Submission of Documents

J. Wedell, et al.,

        Defendants.

                               -oOo-

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        \_\_\_\_ completed summons form

        \_\_\_\_ completed forms USM-285

        \_\_\_\_ copies of the _____
                          Amended Complaint

Dated: _____

                            _____
                            Plaintiff