IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BAILEY, III,

    Plaintiff,                      No. CIV S-04-2067 GEB PAN P

    vs.

J. WEDELL, et al.,

    Defendants.             ORDER

_____/

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 22, 2006, this court issued an order directing the United States Marshal to serve process on defendants in this action. Subsequently, the action was dismissed due to plaintiff's apparent failure to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change. On June 16, 2006, the United States Marshal returned service unexecuted due to the dismissal of this action.

          On June 27, 2006, plaintiff filed a request to reopen this action. By order filed August 14, 2006, the district court granted the request and remanded the matter to the undersigned for further proceedings. Good cause appearing, the United States Marshal will be directed to comply forthwith with this court's order filed March 22, 2006.

          In accordance with the above, IT IS HEREBY ORDERED that:

1

1. The Clerk of the Court is directed to send a copy of this order, this court's March 22, 2006 order, and a copy of the unexecuted service documents returned on June 16, 2006 to the United States Marshal;

2. The Clerk of the Court is directed to send a copy of this court's March 22, 2006 order and a copy of the Local Rules of Court to plaintiff at his address of record; and

3. The United States Marshal shall forthwith take all steps necessary to comply with the March 22, 2006 order.

DATED: August 17, 2006.

UNITED STATES MAGISTRATE JUDGE

/bail2067.8new