IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BAILEY III,

    Plaintiff,                              No. CIV S-04-2067 GEB EFB P

    vs.

J. WEDELL, et al.,

    Defendants.                         ORDER

        Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On August 31, 2007, defendants moved for an extension of time within which to respond to requests for admissions and interrogatories.

        Good cause appearing, that motion is granted. Responses to plaintiff's Interrogatories and Request for Admissions propounded to defendants Monte Penner, M.D., Joseph Turella, M.D. and John Howard, M.D. must be served on or before September 18, 2007.

Dated: September 4, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE