IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BAILEY, III,

      Plaintiff,                            No. CIV S-04-2067 GEB EFB P

      vs.

J. WEDELL, et al.,                      ORDER

      Defendants.

_____/

      Defendants' motion for an extension of time to file dispositive motions and request for ruling on their pending motion to modify the scheduling order were duly filed with the court pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 78-230(m).  After reviewing the motion, the request and the evidence offered in support thereof and good cause appearing, it is hereby ORDERED that:

      1. Defendants' April 22, 2008, motion is GRANTED; and,

      2. The parties shall file dispositive motions no later than thirty days after entry of this order.

DATED: November 3, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE