IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BAILEY, III,

    Plaintiff,                    No. CIV S-04-2067 GEB EFB P

    vs.

J. WEDELL, et al.,

    Defendants.          <u>ORDER</u>

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has requested a second extension of time to file and serve a response to defendants' December 3, 2008, motions for summary judgment. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's February 6, 2009, request is granted and plaintiff has 30 days from the date this order is served to file and serve a response to defendants' motions for summary judgment. The court does not intend to grant additional requests for extensions of time.

    So ordered.

DATED: February 11, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE