IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE BAILEY III,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**J. WEDELL, et al.,**<br><br>　　　　　　　　　　Defendants. | CIV-S-04-2067 GEB EFB P<br><br>**ORDER RE: EXTENSIONS OF TIME TO FILE TO FILE REPLIES TO OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES** |

　　　　Defendants' request for an order extending the time in which to file Replies to Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment or, in the alternative, Summary Adjudication of Issues, was duly filed with the Court pursuant to Local Rule 6-144 and Federal Rules of Civil Procedure, Rule 6(b). After reviewing the request and the evidence offered in support thereof and good cause appearing, IT IS HEREBY ORDERED that:

　　　　1.　　Defendants' March 27, 2009 request is GRANTED;

　　　　2.　　Defendants' Reply briefs shall be filed on or before April 30, 2009.

　　　　IT IS SO ORDERED.

　　　　Dated: April 13, 2009.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE