IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BAILEY, III,

        Plaintiff,                      No. CIV S-04-2067 GEB EFB P

    vs.

J. WEDELL et al.,

        Defendants.              ORDER

_____/

       Plaintiff is a state prisoner proceeding without counsel in an action brought pursuant to 42 U.S.C. § 1983. On August 30, 2010, the court recommended that defendants' September 14, 2009 motion for summary judgment be granted. The court gave the parties fourteen days in which to file objections to the findings and recommendations. On September 14, 2010, plaintiff filed a request for a thirty day extension of time to file and serve objections, stating that he has been on lockdown for the last week and needs more time to access materials to file objections. *See* Fed. R. Civ. P. 6(b). The purpose of the objection period is not to brief the merits of defendants' motion in the first instance. Plaintiff has already had the opportunity to oppose defendants' motion and has had ample time to research the relevant legal issues.

////

////

1

Accordingly, it is ORDERED that plaintiff's September 14, 2010 request is granted to the extent that plaintiff has 14 days from the date this order is served to file objections to the August 30, 2010 findings and recommendations. Absent good cause, the court does not intend to grant further extensions of time.

Dated: September 15, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2